UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSICA MARTIN,

                    Plaintiff,

vs.                                Case No.  2:12-cv-170-FtM-29SPC

BLG CEMENT, LLC, RQL ENTERPRISES,
INC., a/k/a Blue Heron, and ROBERT
L. CIARROCCHI, individually,

                    Defendants.
_____


## OPINION AND ORDER

     This matter is before the Court on consideration of the
Magistrate Judge's Report and Recommendation (Doc. #18), filed July
23, 2012, recommending that the parties' Joint Motion for Approval
of Settlement and Motion to Dismiss With Prejudice (Doc. #17) be
granted, the settlement agreement be approved, and the case
dismissed.  No objections have been filed and the time to do so has
expired.

     After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983).  In the absence of specific
objections, there is no requirement that a district judge review
factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9
(11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #18) is hereby **adopted** and the findings incorporated herein.

2. The parties' Joint Motion for Approval of Settlement and Motion to Dismiss With Prejudice (Doc. #17) is **granted** and the Confidential Settlement Agreement and Release of Claims (Doc. #17-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of August, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
Counsel of Record

-2-